UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

 VS               CASE NO.  3:05MJ85/MD

FREDERICK L. HUGHES

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on May 25, 2005
Type of Motion/Pleading: Motion for Order of Dismissal
Filed by: USA on 5/25/05 Document 10
( )  Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
        WILLIAM M. McCOOL, CLERK OF COURT

        */s/ Joanne Ahr*
        Deputy Clerk: Joanne Ahr

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 26th day of May, 2005, that:
(a)  The requested relief is GRANTED.
(b)  _____

      */s/ Miles Davis*
      MILES DAVIS
      UNITED STATES MAGISTRATE JUDGE

Entered On Docket: 5/26/05  By: JA
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: Prusser, Dennis

05 MAY 26 AM 10:06

Document No.        FILED